IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:08-cv-00055-F

| | | |
|---|---|---|
| ROXIE MORISON,<br>    Plaintiff,<br><br>v.<br><br>MEDIMMUNE, INC.,<br>MEDIMMUNE, INC.<br>SHORT-TERM DISABILITY PLAN,<br>MEDIMMUNE, INC.<br>LONG-TERM DISABILITY PLAN,<br>and LIFE INSURANCE COMPANY<br>OF NORTH AMERICA d/b/a<br>CIGNA GROUP INSURANCE<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | __ORDER__ |

This matter is before the Court upon Plaintiff Roxie Morison's Motion to Dismiss all Claims Against Cigna Corporation d/b/a Cigna Group Insurance Without Prejudice.

Pursuant to Fed. R. Civ. P. 21, the Motion is GRANTED and it is HEREBY ORDERED that Plaintiff's claims against Cigna Corporation d/b/a Cigna Group Insurance shall be dismissed without prejudice.

This the 6th day of August, 2008.

_____
United States District Court Judge